1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
   2440 Tulare St., Suite 320
4  Fresno, CA  93721
5  Telephone: 559-412-5390
   Fax: 866-282-6709
6  info@jonathanpena.com
7  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED Q. BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01648-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 6/16/2021 to 7/16/2021, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly

1

for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:	May 24, 2021	PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: May 24, 2021	PHILLIP A. TALBERT
    Acting United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration


By:  *\*/s/ Ellinor R. Coder*
    Ellinor R. Coder
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on May 24, 2021)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve his Letter Brief is GRANTED.  Plaintiff shall serve Defendant with Plaintiff's Letter Brief on or before July 16, 2021.  All other dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **May 26, 2021**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE