# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED QUENTIN BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security [1],<br><br>　　　　Defendant. | Case No. 1:20-cv-01648 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JARED QUENTIN BROWN AND AGAINST DEFENDANT MICHELLE KING, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 18, 19, 25) |

　　Jared Quentin Brown seeks judicial review of a final decision denying his application for a period of disability and disability insurance benefits under Title II of the Social Security Act. (Doc. 1.) The magistrate judge found the administrative law judge failed to apply the proper legal standards, because the ALJ failed to address the supportability of the medical opinion from Plaintiff's treating physician. (Doc. 25 at 12-15.) The magistrate judge recommended Plaintiff's appeal be granted, the administrative determination be reversed, and the matter be remanded for

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Michelle King as the defendant in this action.

further administrative proceedings. (*Id.* at 15-17.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 25 at 17.) The Court also advised the parties the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither Plaintiff nor the Commissioner filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 3, 2025 (Doc. 25) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment and appeal from the administrative decision (Doc. 18) is **GRANTED**.
3. The Commissioner's request to affirm (Doc. 19) is **DENIED**.
4. The Agency's determination to deny benefits is **REVERSED**.
5. The Clerk of this Court is directed to enter judgment in favor of Plaintiff Jared Quentin Brown and against Defendant Michelle King, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **January 29, 2025**

UNITED STATES DISTRICT JUDGE