UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED Q. BROWN,<br><br>              Plaintiff,<br><br>       v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security[1],<br><br>              Defendant. | Case No.: 1:20-cv-01648 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 28) |

Jared Q. Brown and Leland Dudek, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,600.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 28 at 1-2.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $6,600.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated:   **May 1, 2025**

                                                                   /s/ Jennifer L. Thurston
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Leland Dudek as the defendant in this action.